IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEFFREY RAHIEM CHAMBERS, )
)
Plaintiff, )    Civil No. 22-1477
)    Judge Marilyn J. Horan/
v. )
)
DR. JEAN HOLDREN, *Medical Director*, )
and WELLPATH, )
)
Defendants. )

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Christopher B. Brown for

pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and

Rule 72 of the Local Rules for Magistrate Judges. On April 9, 2026, the Magistrate Judge issued

a Report and Recommendation, ECF No. 106, recommending that the Motion to Dismiss, or in

the alternative, Motion for Judgment on the Pleadings, ECF No. 92, filed by Defendants

Wellpath and Dr. Jean Holdren, be granted, and that all claims asserted against said Defendants

be dismissed with prejudice. Mr. Chambers was informed that Objections to the Report and

Recommendations were due by April 27, 2023. No Objections have been filed.

As set forth in the Report, the Magistrate Judge concluded that the claims against

Wellpath are subject to dismissal, pursuant to the United States Bankruptcy Court for the

Southern District of Texas, Houston, Texas's, plan of reorganization, which provides for the

discharge of claims. After analyzing the Bankruptcy Court's plan as to Dr. Holdren, the

Magistrate Judge determined that Mr. Chambers is theoretically able to bring claims against her.

However, in this case, the claims against Dr. Holdren in her official capacity require dismissal

under the Bankruptcy Court's plan. Finally, the Magistrate Judge determined that Mr. Chambers

is also unable to maintain a claim against Dr. Holdren in her individual capacity. The Court finds

the reasoning and recommendations of the Magistrate Judge to be sound. After de novo review

of the pleadings and the documents in the case, together with the Report and Recommendation,

the following order is entered:


AND NOW, this 12th day of May 2023, IT IS ORDERED that the Report and

Recommendation, ECF No. 106, filed on April 27, 2026, is adopted as the Opinion of this Court.

IT IS FURTHER ORDERED as follows:

Defendant Wellpath's Motion to Dismiss, ECF No. 92, is GRANTED. All claims against

Wellpath are dismissed with prejudice.

Defendant Dr. Jean Holdren's Motion for Judgment on the Pleadings, ECF No. 92, is

GRANTED as to all claims filed against her in both her official and individual capacity. All

claims against Dr. Holdren are dismissed with prejudice.

The Clerk of Court shall mark this case closed.


    _s/*Marilyn J. Horan*_
    Marilyn J. Horan
    United States District Judge


Jeffrey Rahiem Chambers
115 East Kentucky Avenue
Pittsburgh, PA 15214

2